

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2026

No. 04-25-00679-CR

Daniel **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-4965
Honorable Christine Del Prado, Judge Presiding

**ORDER**

Sitting:    Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 7, 2026.

Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2026.

Caitlin A. McCamish, Clerk of Court